STATE ex rel. UTILITIES COMM'N v. N.C. GAS SERVICE

No. 54P98

Case below: 128 N.C.App. 288

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

VIRMANI v. PRESBYTERIAN HEALTH SERVICES CORP.

No. 62PA97-2

Case below: 127 N.C.App. 629

Motion by plaintiff to dismiss notice of appeal denied 19 March 1998.

WEATHERFORD v. KEENAN

No. 614P97

Case below: 128 N.C.App. 178

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

WILLIAMS v. BOWDEN

No. 17P98

Case below: 128 N.C.App. 318

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

WOOTEN v. TOWN OF TOPSAIL BEACH

No. 593P97

Case below: 127 N.C.App. 739

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.